**HUBBELL POWER SYSTEMS, INC., Plaintiff,**

**Gem Year Industrial Co., Ltd., Consolidated Plaintiff,**

v.

**UNITED STATES, Defendant,**

and

**Vulcan Threaded Products Inc., Intervenor Defendant.**

Slip Op. 13–20.
Court No. 11–00474.

United States Court of International Trade.

Feb. 7, 2013.

* Judge Marjorie O. Rendell took no part in the decision of this matter.

### JUDGMENT

JANE A. RESTANI, Judge.

Upon consideration of the remand results filed by the United States Department of Commerce, plaintiffs' and intervenor defendant's comments, defendant's response, and all other pertinent papers, and in the absence of any substantive challenges to the remand results, it is hereby

ORDERED, ADJUDGED and DECREED that the determination on remand of the United States Department of Commerce in this action is SUSTAINED.